IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL WIDMER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No. 3:14-cv-859-NJR-DGW |
| KIMBERLY BUTLER, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

**WILKERSON, Magistrate Judge:**

This matter is before the Court on the Motion to Stay and Set Status filed by Plaintiff, Michael Widmer, on December 3, 2014 (Doc. 26).  The Motion is **GRANTED IN PART**. Plaintiff has indicated that he will be released from prison on December 26, 2014, that his materials have been confiscated, and that he requires a status conference prior to his release.  In light of Plaintiff's anticipated release, this matter is **SET** for an **in person** status conference on **February 18, 2015 at 2:00p.m.** before the undersigned in the Federal Courthouse located in East St. Louis, Illinois.   The parties shall discuss the status of this matter and any issues that should be resolved prior to trial in this matter (including any outstanding discovery matter).  The parties should note that the in person status conference is set for the same date and time as the Pavey Hearing.  Plaintiff is **WARNED** that the failure to attend the status conference/Pavey Hearing **SHALL** result in a recommendation that this matter be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

**DATED: December 11, 2014**

*Donald Wilkerson*

**DONALD G. WILKERSON**
**United States Magistrate Judge**